UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO ALCARAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KMF OAKLAND LLC,<br><br>    Defendant. | Case No. 18-cv-02801-SI<br><br>**ORDER RE: SERVICE OF PROCESS AND RE-SETTING CASE MANAGEMENT CONFERENCE** |

This action was filed on May 11, 2018. Plaintiff Bernardo Alcaraz is representing himself pro se and has paid the necessary filing fees.

**1. Service of Process (Serve Summons and Complaint on Defendant)**

Plaintiff is notified that Rule 4(m) of the Federal Rules of Civil Procedure requires that defendants be served with process within ninety days from the filing of the complaint. In this instance, defendant is to be served no later than August 9, 2018. Defendant has not yet made an appearance in this case, and the Court has no indication that plaintiff has served defendant. An initial case management conference in the case is set for August 10, 2018.

In light of plaintiff's pro se status, the Court will **EXTEND** plaintiff's deadline to serve the summons and complaint on defendant by an additional sixty days. **Plaintiff must serve defendant no later than October 8, 2018.** This means that plaintiff will need to obtain a "Summons in a Civil Action" form from the Clerk's Office or from the Court's website, and present the summons to the Clerk for signing, sealing, and issuance prior to service of process. If defendants are not served by October 8, 2018, the Court may dismiss this action without prejudice.

**2. Case Management Conference**

Because it appears that defendant has not yet been served, the Court **VACATES** the initial case management conference set for August 10, 2018. **The initial case management conference is RE-SET for November 9, 2018, at 2:30 p.m. in Courtroom 1, 17th Floor, of the San Francisco courthouse. A joint case management statement is due one week prior to the initial case management conference.**

**3. Information for Pro Se Litigants**

The Court advises that free information is available to pro se litigants from the Legal Help Desk, if needed. Help Desks are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. The San Francisco Help Desk is located at 450 Golden Gate Ave., 15th Floor, Room 2796 San Francisco, CA 94102. The Oakland Help Desk is located at 1301 Clay Street, 4th Floor, Room 470S Oakland, CA 94612. To make an appointment, call: (415)782-8982. *See also* http://cand.uscourts.gov/helpcentersf. The Legal Help Desk can provide plaintiff with information about how to accomplish service of process.

The Clerk's Office has also published a handbook for pro se litigants, entitled *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. The handbook is available free of charge from the Clerk's Office or can be downloaded online at: https://www.cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED**.

Dated: August 7, 2018

_____
SUSAN ILLSTON
United States District Judge