UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO ALCARAZ,<br>　　Plaintiff,<br>　v.<br>KMF OAKLAND LLC,<br>　　Defendant. | Case No. 18-cv-02801-SI<br><br>**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** |

This case was set for a further case management conference on February 1, 2019, at 3:00 p.m. The Court called the case, but no one appeared. The Court now understands that plaintiff wanted to continue the conference, but he did not file any request in writing.

The Court hereby **RE-SETS this case for a further case management conference on February 22, 2019, at 3:00 p.m.** in Courtroom 1 of the San Francisco Courthouse, 450 Golden Gate Avenue. **Plaintiff shall file an update on the status of this case no later than February 15, 2019.** At the last case management conference, plaintiff and the Court discussed the need for plaintiff to serve his Amended Complaint on defendant and, if defendant did not answer, that plaintiff would seek a default. Plaintiff shall be prepared to update the Court on the status of these issues in his February 15 report and at the February 22 case management conference.

Plaintiff has been granted electronic case filing privileges. The Court reminds plaintiff that if he wishes to seek a continuance in the future, he should file a request with the Court in writing.

**IT IS SO ORDERED**.

Dated: February 1, 2019

_____
SUSAN ILLSTON
United States District Judge