UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARDO ALCARAZ,

        Plaintiff,

   v.

KMF OAKLAND LLC, et al.,

        Defendants.

Case No. 18-cv-02801-SI

**ORDER**

United States District Court
Northern District of California

Pursuant to Federal Rule of Civil Procedure 65(c), **plaintiff Alcaraz shall post a bond, either individually or through a surety, deposited to the Court's registry, in the amount of $5,000.00, IMMEDIATELY**.  Plaintiff may do this by depositing the funds, along with a copy of this Order and the Court's Order Granting Application for Temporary Restraining Order (Dkt. No. 38), at the Intake desk at the Clerk's Office on the 16th Floor of the San Francisco Courthouse.

If plaintiff does not post a bond, plaintiff shall provide an explanation as to why no later than November 8, 2019.

**IT IS SO ORDERED**.

Dated: November 7, 2019

_____
SUSAN ILLSTON
United States District Judge