UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO ALCARAZ,<br>Plaintiff,<br>v.<br>KMF OAKLAND LLC, et al.,<br>Defendants. | Case No. 18-cv-02801-SI<br><br>**ORDER SETTING FURTHER DEADLINES** |

On March 11, 2020, the Court issued an Order Appointing Counsel for plaintiff Bernardo Alcaraz. Dkt. No. 69. The Order includes a four-week stay of the case.

In anticipation of the stay expiring, the Court hereby sets the following deadlines. **No later than 4:00 p.m. on April 22, 2020**, plaintiff shall post a bond, deposited to the Court's registry, in the amount of $5,000.00, as required by this Court's prior orders and pursuant to Federal Rule of Civil Procedure 65(c). *See* Dkt. Nos. 38, 54. Plaintiff shall do this by depositing the funds, along with a copy of this Order and a copy of the Order Granting Application for Temporary Restraining Order (Dkt. No. 38), at the Intake desk at the Clerk's Office on the 16th Floor of the San Francisco Courthouse.

**No later than April 22, 2020**, plaintiff (through his newly appointed counsel) shall file a third amended complaint, as anticipated by the Court's Order Denying in Part and Granting in Part Motion to Dismiss. *See* Dkt. No. 64.

Should plaintiff wish to withdraw the motion for preliminary injunction filed October 28, 2019 (Dkt. No. 43) and file a renewed motion for preliminary injunction, he shall do so (through his newly appointed counsel) **no later than April 22, 2020**. Defendant's opposition shall be due **May 6, 2020**. Plaintiff's reply shall be due **May 13, 2020**.

Should plaintiff wish to file any further opposition to defendant's ex parte application to dissolve the temporary restraining order, Dkt. No. 44, he shall do so (through his newly appointed counsel) **no later than April 22, 2020**. Defendant's reply shall be due **April 29, 2020.**

Hearing on plaintiff's motion for preliminary injunction and on defendant's application to dissolve the temporary restraining order is set for **May 29, 2020, at 10:00 a.m. in Courtroom 1.**

**IT IS SO ORDERED**.

Dated: March 11, 2020

_____
SUSAN ILLSTON
United States District Judge