UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO ALCARAZ,<br>Plaintiff,<br>v.<br>KMF OAKLAND LLC, et al.,<br>Defendants. | Case No. 18-cv-02801-SI<br><br>**ORDER RE: BOND**<br>Re: Dkt. No. 71 |

In its most recent Order setting deadlines in this case, the Court ordered that plaintiff post a bond of $5,000.00 no later than 4:00 p.m. on April 22, 2020. Dkt. No. 70. On April 10, 2020, plaintiff's counsel filed a letter with the Court inquiring as to the method of paying the bond in light of the curtailment of court operations at the San Francisco courthouse due to the COVID-19 public health emergency. Dkt. No. 71.

The Court instructs as follows. Plaintiff shall post a bond of $5,000.00, deposited to the Court's registry, in the form of a check/money order or cashier's check payable to "CLERK U.S. DISTRICT COURT" and with the case name and case number on the payment. In lieu of depositing the funds at the Intake desk at the Clerk's Office, plaintiff may post the bond either: (1) by mail, post-marked no later than April 22, 2020, or (2) in person, at the Clerk's drop-box in the lobby of the San Francisco courthouse at 450 Golden Gate Avenue, no later than 4:00 p.m. on April 22, 2020. Plaintiff shall include with the payment a copy of this Order and a copy of the Order Granting Application for Temporary Restraining Order (Dkt. No. 38).

Plaintiff should retain a copy of the proof of payment for his records and should email the Court's Courtroom Deputy (Teddy_VanNess@cand.uscourts.gov) and the Court's Finance

Department (Ana_Banares@cand.uscourts.gov) to inform them when the payment is mailed or placed in the drop-box.

**IT IS SO ORDERED**.

Dated: April 14, 2020

_____
SUSAN ILLSTON
United States District Judge