United States District Court
Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7     BERNARDO ALCARAZ,                          Case No. 18-cv-02801-SI

8              Plaintiff,

9        v.                                      **AMENDED ORDER RE RETURN OF
                                                 BOND PAYMENTS TO PLAINTIFF**
10    ALTEZZA CONDO LLC,                          Re: Dkt. No. 154

11             Defendant.

12

13          On January 29, 2021, this Court entered an order regarding the voluntary dismissal of

14    plaintiff's claims against defendant Altezza Condo LLC and returning bond payments to plaintiff.

15    Dkt. No. 154.   In addition to return of the bond payment, plaintiff is also entitled to any and all

16    interest earned on the bond.

17          Before the bond payment and any interest earned thereon can be paid to plaintiff, plaintiff

18    must lodge a copy of his most recent W9 tax form with the Court.  To be clear, the W9 need not be

19    filed on the docket, rather, it should be emailed to the Court's courtroom deputy at:

20    SICRD@cand.uscourts.gov.

21

22          **IT IS SO ORDERED**.

23    Dated: February 3, 2021

24                                               _____
                                                 SUSAN ILLSTON
25                                               United States District Judge

26

27

28